IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MACKEY ASKINS                                                                                              PLAINTIFF

VS.                                              CASE NO. 4:07-CV-4089

MOTION INDUSTRIES,
INC. and GENUINE PARTS
COMPANY                                                                                                    DEFENDANTS

## ORDER

Before the Court is the Parties' Joint Motion for Dismissal With Prejudice. (Doc. 9). Informing the Court that they have settled this matter, the parties seek an order of dismissal.

Upon consideration, the Court is satisfied that good cause for the motion has been shown. Accordingly, the Parties' Joint Motion for Dismissal With Prejudice should be and hereby is **GRANTED**. This matter is hereby **DISMISSED WITH PREJUDICE**. Costs will be borne by the party incurring the same.

**IT IS SO ORDERED**, this 23rd day of July, 2008.

                                                                  /s/Harry F. Barnes
                                                        Hon. Harry F. Barnes
                                                        United States District Judge